# EXHIBIT A

CALL US                                      REQUEST APPOINTMENT                                     PATIENT PORTAL



Medication Review | Semaglutide

Envizion Medical   >   Blog   >   Medication Review | Semaglutide

Like 8        Share        Pin it        Post



If you are looking for a medical weight loss clinic in Land O' Lakes or Carrollwood, Envizion Medical is an easy choice. We are not only the #1 weight loss clinic in Florida, but we are one of the first weight loss clinics to offer FDA-Approved Semaglutide injections.

This once-weekly injection has so many benefits, it's hard to believe we've lived this long without it. It is one of the first and only appetite suppressants that is not a stimulant, meaning you won't feel wired after taking it. It works by helping the pancreas release the right amount of insulin. Insulin helps move sugar from the blood into other body tissues where it is then used for energy—energy you need to burn calories throughout the day.



CALL US
REQUEST APPOINTMENT
PATIENT PORTAL

Call us today at 813-279-2211 for more information and to get started on your weight loss journey with the help and guidance from a nutritional counselor at Envizion Medical!

**AUTHOR**



Rachel A.
Life Enthusiast

## You Might Also Enjoy...



CALL US        REQUEST APPOINTMENT        PATIENT PORTAL

### Why is Testosterone Therapy so Important?

If you are a man over the age of 30, you need to educate yourself about the many benefits of Testosterone Replacement Therapy...

### Is Hormone Replacement Therapy Right For You?

We cover the five main reasons our patients experience hormonal dysfunction - many without realizing there is an issue!

### Peptide Therapy: CJC-1

Here is everything you need to Ipamorelin, our best-selling p produces the results!



### What is a Lipo Injection?

Lipo injections have many benefits. Kelly, one of our Registered Nurses explains!



### HRT for Women

Everything you need to know about hormone replacement therapy for women.



### What is Semaglutide?

This is the start of a new era for obesity.

© Copyright 2024 Tebra Inc.    Privacy Policy    Terms & Conditions    Accessibility Notice    Contact Us

Envizion Medical, Land O' Lakes, FL

Phone (appointments): 813-279-2211   |   Phone (general inquiries): 813-279-2211

CALL US	REQUEST APPOINTMENT	PATIENT PORTAL



Medical website powered by Tebra



CALL US     REQUEST APPOINTMENT     PATIENT PORTAL

Semaglutide

Envizion Medical  >  Our Services  >  Weight Loss Medication

Save   Post   Like 0   Share

## Envizion Medical

Wellness Center & Weight Loss Specialists located in Land O' Lakes, FL & Carrollwood, Tampa, FL

Semaglutide is the generic form of Wegovy and Ozempic, which have recently been approved by the FDA for weight loss. These are the most common questions we receive from our patients about the new weight loss medication.

## "Total Game Changer!" -Dr. Robert Kushner, Guest on Dr. Oz

### What are common side effects of Semaglutide?

Many people using Semaglutide for weight loss do not have serious side effects. Remember that this weight loss medication has been prescribed because your doctor has determined that the benefit is greater than the risk of side effects. Before using Semaglutide, tell your doctor if you have any allergies. This product may contain inactive ingredients, which can cause allergic reactions or other problems. Nausea, vomiting, stomach upset, diarrhea, tiredness, dizziness, or constipation are the most common side effects of Semaglutide. Nausea usually lessens as you continue use. If any of these effects last or get worse, tell your doctor as soon as possible.

### What can I take to decrease nausea?

Unfortunately, there's no way of knowing if you'll experience side effects of Semaglutide until you try the weight loss medication. To initially reduce side effects, your doctor will start you on a low dose of Semaglutide and gradually increase the dose on an individual basis.

One of the most well-known remedies for nausea is ginger – with many patients using ginger tea as well as fresh ginger root, which should be peeled before use to help combat nausea. If you find that you feel sick on Semaglutide after eating, then you may be eating too much. The best thing to do in this situation is to eat smaller meals and avoid long periods of fasting that can result in rebound hunger. Try to let yourself digest your food before doing anything strenuous, as this can also contribute to nausea.

If you find that no home remedies help with your sickness, your doctor may be able to give you a supporting treatment to relieve nausea.

### How much should I inject?

CALL US    REQUEST APPOINTMENT    PATIENT PORTAL



## How much weight can I expect to lose?

When you first start taking Semaglutide for weight loss, you might notice that you can't finish your meals or that you feel bloated or sick. This is because your appetite has reduced, and it is easy to over-eat in the first few weeks of taking Semaglutide until your body adjusts to it. Because of this, we recommend eating from a smaller plate for the first few weeks as you adjust to your new, smaller appetite.

When taking Semaglutide to lose weight, it's generally recommended that you plan to eat between 1200-1500 calories a day. We recommend gradually reducing your calorie intake rather than cutting it straight away. Drastic changes can often be a shock to the system, whereas gradual changes are easier to adjust to over time and adopt as new habits.

It's difficult to quantify exactly how much someone could lose while taking Semaglutide for weight loss, as this depends on a lot of factors such as underlying health conditions, starting weight, any other medications you may be taking, and various other factors. It can be easy to fall into a trap of comparing your own journey with someone else's. Nobody else lives in your body, and nobody knows it better than you do. If you're doing what's right for you and making healthy lifestyle changes, you're making incredible progress.

On average, patients at Envizion Medical using Semaglutide for weight loss lose at least 5% of their body weight within 12 weeks of treatment.

## Can I take Semaglutide at the same time as other medications?

Semaglutide may affect the absorption of other medications. In some cases, this may affect how well and/or how fast those medications work. It is important to tell your doctor about all other medications you use, including vitamins and herbs. Do not stop using any medications without first talking to your doctor.

## What is the difference between Wegovy and Ozempic?

Wegovy and Ozempic are simply different brand names for the same weight loss drug, Semaglutide. Wegovy comes in a pre-filled single-dose pen delivering doses of 0.25, 0.5, 1.7 or 2.4mg. Ozempic comes with patient-use pens that must be measured and filled by the weight loss patient. With both Ozempic and Wegovy, the dose is increased slowly over time until a suitable maintenance dose is reached, varying individually for each weight loss patient. Ozempic was approved in the US for weight loss in 2017, while Wegovy was recently approved for weight loss in 2021. Envizion Medical carries the brand name Ozempic for your weight loss needs, and we are more than satisfied with the results we have seen from weight loss patients so far.

## How often do I need to come into the office? How much does an office consult cost?

A $50 consult is required every three months while taking Semaglutide for weight loss.

WHAT WE OFFER

# Services

Case 8:24-cv-02295-WFJ-LSG Document 1-1 Filed 09/30/24 Page 8 of 9 PageID 28



CALL US    REQUEST APPOINTMENT    PATIENT PORTAL

Supplements
more info

Men's Hormone Replacement Therapy
more info

Women's Hormone Replacement Therapy
more info

Thyroid Problems
more info

© Copyright 2024 Tebra Inc.    Privacy Policy    Terms & Conditions    Accessibility Notice    Contact Us

Envizion Medical, Land O' Lakes, FL

Phone (appointments): 813-279-2211    |    Phone (general inquiries): 813-279-2211

Address: 2711 Letap Ct, Suite 101, Land O' Lakes, FL 34638

Envizion Medical, Tampa, FL

Phone (appointments): 813-279-2211    |    Phone (general inquiries): 813-279-2211

Address: 14446 N Dale Mabry Highway, Tampa, FL 33618

5 / 5 ★★★★★
(68 reviews)

Medical website powered by Tebra






