# **RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA District of Florida

Case Number: 8:24-CV-02295

Plaintiff:
**NOVO NORDISK A/S AND NOVO NORDISK INC**

vs.

Defendant:
**ENVIZION MEDICAL INC.**

For:
WICKER SMITH
390 NORTH ORANGE AVE
SUITE 1000
ORLANDO, FL 32801

Received by PATRICIA ROSE POPIEL on the 17th day of December, 2024 at 11:38 am to be served on **ENVIZION MEDICAL INC C/O REGISTERED AGENT: DAVID W. MAXWELL, D.M.D., P.L., 4 PEARL DR, STE 3, ORMOND BEACH, FL 32174**.

I, PATRICIA ROSE POPIEL, do hereby affirm that on the **19th day of December, 2024** at **10:50 am, I:**

served the **CORPORATION'S REGISTERED AGENT** by delivering a true copy of the **SUMMONS, COMPLAINT, EXHIBIT A, CIVIL COVER SHEET, NOTICE OF ELECTRONIC FILING -ENDORSED ORDER ON MOTION TO AMEND THE CAPTION** with the date, my initials and hour of service endorsed thereon by me, to: **DAVID W MAXWELL, D.M.D.** as **Registered Agent** at the address of: **4 PEARL DR, STE 3, ORMOND BEACH, FL 32174** on behalf of **ENVIZION MEDICAL INC**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 55, Sex: M, Race/Skin Color: WHITE, Height: 6'0", Weight: 180, Hair: GRAY, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing return of service and that the facts in it are true. Notary not required pursuant to F.S. 92.525(2)

**PATRICIA ROSE POPIEL**
Flagler SPS6

**WICKER SMITH**
**390 NORTH ORANGE AVE**
**SUITE 1000**
**ORLANDO, FL 32801**
**(407) 843-3939**

Our Job Serial Number: MJG-2024013377

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

