## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISON

NOVO NORDISK A/S AND
NOVO NORDISK INC.,

                     Plaintiffs,

    vs.

ENVIZION MEDICAL INC.,

                     Defendant.

Case No.  8:24-cv-02295-WFJ-LSG

## Unopposed Motion for Special Admission

Matthew J. Modafferi, Esquire, hereby moves for special admission to represent Defendant Envizion Medical Inc. in this action.

I am neither a Florida resident nor a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, the United States District Court for the Southern District of New York (February 2010) and the United States District Court for the Eastern District of New York (February 2010).

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in three cases in state or federal court in Florida:

*United States ex rel. Holly Neary and Patricia Weyandt v. Greg S. Carter, et al.*, 3:15-cv-00583-

TLC-JBT;

*Novo Nordisk, Inc. v. Brooksville Pharmaceuticals, Inc.*, 8:23-cv-1503-WFJ-TGW; and

*Novo Nordisk, Inc, et al. v. Padgett Medical Center, LLC*, 8:24-cv-01832-MSS-CPT.

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

Dated:  January 7, 2025                    Respectfully submitted,

                                           By: */s/ Matthew J. Modafferi*
                                           Matthew J. Modafferi
                                           (NY Bar Id. #4763710)
                                           Frier & Levitt, LLC
                                           101 Greenwich Street, 8th Floor
                                           New York, New York 10006
                                           (646) 970-6882
                                           mmodafferi@frierlevitt.com

2

## Local Rule 3.01(g) Certification

I have conferred with the opposing party and represent the opposing party does not oppose to my special admission.