United States District Court
Middle District of Florida
Tampa Division

**NOVO NORDISK A/S AND
NOVO NORDISK INC.,**

 *Plaintiffs,*

v.               No. 8:24-cv-02295-WFJ-LSG

**ENVIZION
MEDICAL INC.,**

 *Defendant.*

## Unopposed Motion for Extension of Time to Respond to the Complaint

Frier Levitt, LLC represents Defendant Envizion Medical Inc. in the above-captioned action. Defendant respectfully requests an extension of time from January 9, 2025 until March 10, 2025 to respond to the Complaint. The reason for this request is that Defendant very recently retainer Frier Levitt to represent it in this matter and additional time is needed to investigate the allegations in the Complaint and draft a response. Defendant will also use the time to explore a potential early resolution. The undersigned has conferred with opposing counsel and counsel consents to this extension request.

Defendant thanks the Court for its consideration of this request.

Dated: January 7, 2025                                       Respectfully Submitted,

                                                             By: /s/*Matthew J. Modafferi*
                                                                 Matthew J. Modafferi
                                                                 (NY Bar Id. #4763710)
                                                                 **Frier & Levitt, LLC**
                                                                 101 Greenwich Street, Ste 8B
                                                                 New York, NY 10006
                                                                 Tel: (646) 970-6882
                                                                 Fax: (646) 524-5027
                                                                 mmodafferi@frierlevitt.com